Tyrone McQueen, Jefferson City, MO, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Audara L. Charlton, Asst. Attys. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN and LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

Appellant, Tyrone McQueen (Defendant), appeals from the denial of his "Motion to Correct Manifest Injustice" under Rule 29.07(d). We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

J. Keith Essmyer Jr., Jackson, MO, for appellant.

H. Morley Swingle, Pros. Atty., Julie A. Hunter, Asst. Pros. Atty., Jackson, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

### *ORDER*

PER CURIAM.

Appellant, Brian Laxton, appeals the judgment entered upon his conviction following a bench trial for peace disturbance in violation of section 574.010.1(1)(c), RSMo 2000. He challenges the sufficiency of the evidence presented. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Brian LAXTON, Appellant.**

**No. ED 79449.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 8, 2002.

**Roderick D. BUSH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59808.**

Missouri Court of Appeals,
Western District.

Jan. 15, 2002.